1  Alan E. Kassan, State Bar No. 113864
   E-mail: akassan@kantorlaw.net
2  Peter S. Sessions, Esq. State Bar No. 193301
   E-mail: psessions@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

E-FILING

6  Attorneys for Plaintiff,
7  Christine Gilmour

FILED
2008 JUN -5 A 11: 02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| CHRISTINE GILMOUR, | CASE NO: C08 02803 |
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF INTERESTED PARTIES |
| AETNA LIFE INSURANCE COMPANY; CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, Christine Gilmour, certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1.  Christine Gilmour;
2.  Aetna Life Insurance Company; and

1

3. Circuit City Stores, Inc. Long Term Disability Plan.

DATED: June 4, 2008

KANTOR & KANTOR, LLP

By: /s/ [signature]
Alan E. Kassan
Peter S. Sessions
Attorneys for Plaintiff
CHRISTINE GILMOUR