# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Christine Gilmour

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

Aetna Life Insurance Company, Circuit City Stores, Inc. Long Term Disability Plan

C08 02803 RS

TO: (Name and address of defendant)
Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT  06156

Circuit City Stores, Inc. Long Term Disability Plan
9954 Mayland Drive
Richmond, VA  23233

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan E. Kassan (#113864)
Peter S. Sessions (#193301)
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA  91324
Tel#: (818) 886-2525
Fax#: (818) 350-6272

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUN 0 5 2008

DATE

Richard W. Wieking
CLERK

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

NDCA0440