Alan E. Kassan, State Bar No. 113864
E-mail: akassan@kantorlaw.net
Peter S. Sessions, Esq. State Bar No. 193301
E-mail: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff,
Christine Gilmour

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| CHRISTINE GILMOUR,<br><br>    Plaintiff,<br><br>    vs.<br><br>AETNA LIFE INSURANCE COMPANY; CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO: C08-02803 RS<br><br>[*Hon. Richard Seeborg*]<br><br>PROOF OF SERVICE OF SUMMONS AND COMPLAINT VIA CERTIFIED MAIL RETURN RECEIPT REQUIRED PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 415.40 AS ADOPTED UNDER F.R.C.P. RULE 4(h)(1)<br><br>Complaint Filed: June 5, 2008 |

I, Peter S. Sessions, hereby declare that on June 9, 2008, my assistant, Tinee Parell, served Defendant Circuit City Stores, Inc. Long Term Disability Plan, with the Summons, Complaint, Notice of Interested Parties, Civil Cover Sheet, Order Setting Initial Case Management Conference & ADR Deadlines, USDC - Northern District - San Jose Division Guidelines, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California and Public Notice re Magistrate Judge Ricahrd G. Seeborg, pursuant to California Code of Civil Procedure section

1  415.40 as allowed for and adopted under F.R.C.P. Rule 4(h)(1), by mailing said
2  documents to the above-named Defendant at 9954 Mayland Drive, Richmond, VA
3  23233, via first class mail, with postage prepaid and requiring a return receipt.
4  Service shall be deemed complete on the tenth day after this mailing.

6  I declare the above under the penalty of perjury under the laws of the United
7  States of America. Executed this 17th day of June, 2008, at Northridge, California.

/s/ Peter S. Sessions
Peter S. Sessions
Attorneys for Plaintiff
CHRISTINE GILMOUR

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PLAN ADMINISTRATOR
CIRCUIT CITY STORES, INC. LONG TERM
   DISABILITY PLAN
9954 MAYLAND DRIVE
RICHMOND, VA 23233

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: 6-7-2-8

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7007 2560 0001 7837 4227

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

2