1  RONALD K. ALBERTS (SBN: 100017)
2  LISA K. GARNER (SBN: 155554)
3  GORDON & REES LLP
4  633 West Fifth Street, Suite 4900
5  Los Angeles, CA 90017
6  Tel: (213) 576-5000; Fax: (213) 680-4470
7  Email: ralberts@gordonrees.com; lgarner@gordonrees.com

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Christine Gilmour, | No. C08 02803 RS |
|---|---|
| Plaintiff, | |
| v. | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| Aetna Life Insurance Company; et al. | **AND** |
| Defendant. | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 2, 2008

/s/ Lisa K. Garner
Signature
Lisa K. Garner
Defendants Aetna Life Insurance Company; Circuit City Stores, Inc. Long Term Disability
Counsel for Plan
(Name of party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com