1  ALAN E. KASSAN (SBN: 113864)
   PETER S. SESSIONS (SBN: 193301)
2  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
3  Northridge, CA 91324
   Telephone: (818) 886-2525
4  Facsimile: (818) 350-6272
   Email: akassan@kantorlaw.net
5  Email: psessions@kantorlaw.net

6  Attorneys for Plaintiff
   CHRISTINE GILMOUR

7

   RONALD K. ALBERTS (SBN 100017)
8  LISA K. GARNER (SBN 155554)
   GORDON & REES LLP
9  633 West Fifth Street, Suite 4900
   Los Angeles, CA 90071
10 Telephone: (213) 576-5000
   Facsimile: (213) 680-4470
11 Email: ralberts@gordonrees.com
   Email: lgarner@gordonrees.com
12
   Attorneys for Defendants
13 AETNA LIFE INSURANCE COMPANY and
   CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN
14

15                    UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

17

18 CHRISTINE GILMOUR,              )  CASE NO. C08 02803 RS
                                   )
19             Plaintiff,          )  Complaint Filed: June 5, 2008
                                   )
20       vs.                       )
                                   )  **STIPULATION FOR EXTENSION**
21 AETNA LIFE INSURANCE            )  **OF TIME TO RESPOND TO**
   COMPANY; CIRCUIT CITY STORES,   )  **FIRST AMENDED COMPLAINT**
22 INC. LONG TERM DISABILITY       )
   PLAN,                           )
23                                 )
               Defendants.         )
24 _____  )

25 **TO THIS HONORABLE COURT:**

26
       The parties, by and through their Counsel of Record, hereby stipulate that
27
   Defendants AETNA LIFE INSURANCE COMPANY and CIRCUIT CITY
28

-1-
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  STORES, INC. LONG TERM DISABILITY PLAN have up to and including July
2  31, 2008, in which to file and serve an Answer to the First Amended Complaint.
3      IT IS SO STIPULATED:
4                                      KANTOR & KANTOR, LLP

6  DATED: July 2, 2008         By: _____
                                                  Alan E. Kassan
                                                  Peter S. Sessions
                                                  Attorneys for Plaintiff
                                                  CHRISTINE GILMOUR

                                                  GORDON & REES LLP

13 DATED: July 2, 2008        By: _____
                                                  Ronald K. Alberts
                                                  Lisa K. Garner
                                                  Attorneys for Defendants
                                                  AETNA LIFE INSURANCE
                                                  COMPANY and CIRCUIT CITY
                                                  STORES, INC. LONG TERM
                                                  DISABILITY PLAN

Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

AETNA/1051832/5754140v.1

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CHRISTINE GILMOUR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | CASE NO. C08 02803 RS<br><br>Complaint Filed: June 5, 2008<br><br>**[PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　　　Pursuant to the Stipulation of the parties, Defendants AETNA LIFE INSURANCE COMPANY and CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN have up to and including July 31, 2008 in which to file and serve a Response to the First Amended Complaint in this Action.

　　　　IT IS SO ORDERED.

DATED:　　　　　　, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Court Judge