# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## July 7, 2008

**CASE NUMBER:  CV 08-02803 RS**
**CASE TITLE:  CHRISTINE GILMOUR-v-AETNA LIFE INSURANCE COMPANY, ET AL.**

### REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 07/02/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 07/07/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA