UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CHRISTINE GILMOUR, | CASE NO. C08 02803 RS |
| Plaintiff, | Complaint Filed: June 5, 2008 |
| vs. | |
| AETNA LIFE INSURANCE COMPANY; CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN, | [PROPOSED] ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| Defendants. | |

Pursuant to the Stipulation of the parties, Defendants AETNA LIFE INSURANCE COMPANY and CIRCUIT CITY STORES, INC. LONG TERM DISABILITY PLAN have up to and including July 31, 2008 in which to file and serve a Response to the First Amended Complaint in this Action.

IT IS SO ORDERED.

DATED: 7/10, 2008

_____
United States District Court Judge
Jeremy Fogel